1  **KRIS J. KRAUS**
   California Bar No. 233699
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
   Kris_Kraus@fd.org
5

6  Attorneys for Defendant

7

8                       UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,         ) Case No.  08MJ1326
                                       )
11 |        Plaintiff,                 )
                                       )
12 | v.                                ) **NOTICE OF ATTORNEY APPEARANCE**
                                       )
13 | GILDARO CARVENTE-PALAPA,          )
                                       )
14 |        Defendant.                 )
                                       )
15 | _____   )

16     Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Kris

17 J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the

18 above-captioned case.

19                                     Respectfully submitted,

20

21 Dated:  May 1, 2008                  /s/ Kris J. Kraus
                                        **KRIS J. KRAUS**
22                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
23                                      Kris_Kraus@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: May 1, 2008             */s/ Kris J. Kraus*
                               **KRIS J. KRAUS**
                               Federal Defenders of San Diego, Inc.
                               Kris_Kraus@fd.org